No. 71–724. SKLAROFF v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 71–725. SCHOOR v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 71–731. THOMAS, SHERIFF, ET AL. v. MORGAN. C. A. 5th Cir. Certiorari denied.

No. 71–733. ALLEN ET UX. v. STATE BOARD OF EDUCATION OF NORTH CAROLINA ET AL. C. A. 4th Cir. Certiorari denied.

No. 71–736. DRISCOLL v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 71–742. GOULD ET UX. v. AMERICAN WATER WORKS SERVICE CO., INC., ET AL. Super. Ct. N. J. Certiorari denied.

No. 71–743. LOCTITE CORP. v. BROADVIEW CHEMICAL CORP. C. A. 2d Cir. Certiorari denied.

No. 71–750. WOLKOMIR ET AL. v. FEDERAL LABOR RELATIONS COUNCIL ET AL. C. A. D. C. Cir. Certiorari denied.

No. 71–752. THOMAS v. OHIO. Ct. App. Ohio, Lorain County. Certiorari denied.

No. 71–753. AMERICAN EXPORT ISBRANDTSEN LINES, INC. v. SUN SHIPBUILDING & DRY DOCK CO. C. A. 3d Cir. Certiorari denied.

No. 71–761. THOMPSON v. BOARD OF COMMISSIONERS OF OAK BROOK PARK DISTRICT OF DU PAGE COUNTY. App. Ct. Ill., 2d Dist. Certiorari denied.